IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-20452
Summary Calendar
_____

GREG PECK SAMUELS,

                              Plaintiff-Appellant,

versus

R. ALARID,

                              Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-96-CV-2744
- - - - - - - - - -
October 24, 1997

Before DUHÉ, DEMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[1]

     Greg Peck Samuels (# 639112), a state prisoner, appeals the dismissal of his civil rights complaint as frivolous. Samuels contends that corrections officer R. Alarid retaliated against him because of grievances lodged against Alarid by Samuels. We have carefully reviewed the record and Samuels's brief and, essentially for reasons stated by the district court, see Samuels v. Broussard, No. H-96-CV-1941 (S.D. Tex. Mar. 13, 1997) (unpublished), hold that the district court did not abuse its discretion in dismissing this claim as frivolous.

_____

     [1] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Samuels also complains that the disciplinary charges resulted in a loss of good-time credit.  This claim is premature under <u>Heck v. Humphrey</u>, 512 U.S. 477, 486 (1994).  <u>See</u> <u>Edwards v. Balisok</u>, 117 S. Ct. 1584, 1589 (1997).

AFFIRMED.